```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
NYC VISION CAPITAL, INC., SYEDA MONDAL, :
ELIE ISLAM, and WALI MONDAL, :
:
                Plaintiffs, :     22-cv-3071 (LJL)
:
       -v- :     ORDER
:
C21FC, LLC, ALAN SINGER, ERIC HILLMAN, and :
ZACH SINGER, :
:
                Defendants. :
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       On July 5, 2022, the parties filed on the docket a proposed case management plan. *See* Dkt. No. 29. In the proposed case management plan, the parties checked the box indicating that all parties consent to conducting all further proceedings before a United States Magistrate Judge, but nonetheless proceeded to fill out the remaining sections of the proposed case management plan. *See id.* At the initial pretrial conference held in this matter on July 12, 2022, the parties did not raise the issue of consenting to the jurisdiction of a Magistrate Judge.

       The indication on the proposed case management plan does not effect a consent to the magistrate judge exercising jurisdiction for all purposes under 28 U.S.C. § 636(c). The Court is prepared to continue to exercise jurisdiction without a referral to the magistrate judge and the parties are free to withhold consent without adverse substantive consequences. *See* 28 U.S.C. § 636(c)(2). If, however, both parties wish to consent to a Magistrate Judge for all further proceedings, including motions and trial, pursuant to 28 U.S.C. § 636(c), counsel must, by no later than August 1, 2022, file with the Clerk of the Court on the docket a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me. An information sheet on proceedings before magistrate judges also is attached to this Order. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit.

       SO ORDERED.

Dated: July 18, 2022
       New York, New York
                                                                LEWIS J. LIMAN
                                                               United States District Judge