USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NYC VISION CAPITAL, INC., SYEDA MONDAL,
ELIE ISLAM, and WALI MONDAL,

                        Plaintiff,

-against-

C21FC, LLC, ALAN SINGER, ERIC HILLMAN,
and ZACH SINGER,

                        Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

22-CV-3071 (LJL)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for <u>**Tuesday, March 7, 2023 at 10:00 a.m.**</u>  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

    **SO ORDERED.**

Dated: March 2, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge