```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NYC VISION CAPITAL, INC., SYEDA MONDAL,
ELIE ISLAM, and WALI MONDAL,

          Plaintiff,

-against-

C21FC, LLC, ALAN SINGER, ERIC HILLMAN,
and ZACH SINGER,

          Defendants.
----------------------------------------------------------------X

**ORDER RESCHEDULING
SETTLEMENT CONFERENCE**

**22-CV-3071 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter scheduled for Friday, April 14, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Thursday, April 13, 2023 at 12:00 p.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference.

    **SO ORDERED**.

Dated: April 11, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge