UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/20/2023
```

NYC VISION CAPITAL, INC., SYEDA MONDAL,
ELIE ISLAM, and WALI MONDAL,

                    Plaintiffs,

              -v-

C21FC, LLC, ALAN SINGER, ERIC HILLMAN, and
ZACH SINGER,

                   Defendants.

------------------------------------------------------------------------X

        22-cv-3071 (LJL)

        ORDER

LEWIS J. LIMAN, United States District Judge:

Defendants request a two-week extension to June 30, 2023 to respond to Plaintiffs' pending motion to amend their complaint. That request is GRANTED.

The Court ordered the parties to submit a revised case management plan by June 2, 2023. *See* Minute Entry, 5/17/2023. No revised case management plan has been filed. The parties are directed to submit a revised case management plan on or before Thursday, June 22, 2023, at 5:00 p.m. The Court also ordered the parties to meet and confer by June 2, 2023 regarding whether agreement can be reached on amendments to pleadings in this case and the companion case. *Id.* Plaintiffs' letter makes it clear that the parties have not met and conferred. *See* Dkt. No. 82. The parties are directed to meet and confer on or before June 22, 2023, and to file a letter with the Court indicating whether an agreement has been reached. If the parties are unable to reach agreement on the amendments to pleadings, and Defendants wish to amend their complaint in the companion case, then Defendants must move to amend their complaint on or before June 30, 2023.

Defendants Eric Hillman and Zach Singer have not made an appearance in this case. If Defendants do not make an appearance by June 30, 2023, then Plaintiffs are permitted to move the clerk of court for entry of default.

SO ORDERED.

Dated: June 20, 2023
     New York, New York

                             LEWIS J. LIMAN
                        United States District Judge