```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NYC VISION CAPITAL, INC., SYEDA MONDAL,         :
ELIE ISLAM, and WALI MONDAL,                    :
:
                        Plaintiffs,        :   22-cv-3071 (LJL)
:
      -v-                                       :
:   ORDER
:
C21FC, LLC, ALAN SINGER, ERIC HILLMAN, and      :
ZACH SINGER,                                    :
:
                        Defendants.        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On May 24, 2023, the Court ordered the parties, by June 2, 2023, to submit a revised case management plan and to meet and confer on whether agreement could be reached on amendments to pleadings in this case and the companion case. *See* Minute Entry, 5/24/2023. The parties did not submit a revised case management plan or meet and confer by that date. On June 20, 2023, the Court ordered the parties to submit a revised case management plan and to file a letter with the Court indicating whether an agreement had been reached on amendments to the pleadings. Dkt. No. 84. The parties did neither.

      The Court will hold an in-person status conference in Courtroom 15C, 500 Pearl Street, New York, NY 10007 on Monday, June 26, 2023, at 3:30 p.m. The parties should bring with them a revised case management plan for the Court to review at the conference and come prepared to discuss whether they have reached agreement on amendments to the pleadings.

      SO ORDERED.

Dated: June 23, 2023
       New York, New York
                                                    LEWIS J. LIMAN
                                               United States District Judge