```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
NYC VISION CAPITAL, INC., SYEDA MONDAL,                              :
ELIE ISLAM, and WALI MONDAL,                                         :
                                                                     :
                              Plaintiffs,                            :      22-cv-3071 (LJL)
                                                                     :
          -v-                                                        :          ORDER
                                                                     :
C21FC, LLC, ALAN SINGER, ERIC HILLMAN, and                           :
ZACH SINGER,                                                         :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Pending before the Court is Defendants' motion to seal their motion to enforce the settlement.  Dkt. No. 69.  Defendants filed the entirety of their motion to enforce the settlement under seal, including the supporting memorandum of law, declaration, exhibits to the declaration, reply memorandum of law and exhibits, and request to strike.  *See* Dkt. Nos. 70, 73, 75.  The sealing of these documents in their entirety is beyond what is necessary to protect Defendants' privacy interest in "the specific exchanges and terms between the parties" "[g]iven the sensitive nature of settlement terms."  Dkt. No. 69.

      On or before August 7, 2023, Defendants are directed to refile Dkt. Nos. 70, 73, and 75 with limited redactions for the Court's review or to file unredacted versions of these documents. The Court notes that its Memorandum and Order, Dkt. No. 85, and Plaintiffs' submissions, *see* Dkt. No. 70, all of which were filed on the public docket, reference and quote from the drafts of the settlement agreement and communications among the parties and their counsel in whole or in part and Defendants did not object to the public filing of these documents.

      SO ORDERED.

Dated: August 2, 2023
       New York, New York
                                                          LEWIS J. LIMAN
                                                United States District Judge