```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
NYC VISION CAPITAL, INC., SYEDA MONDAL,                            :
ELIE ISLAM, and WALI MONDAL,                                       :
                                                                   :
                              Plaintiffs,                          :      22-cv-3071 (LJL)
                                                                   :
                  -v-                                              :      ORDER
                                                                   :
C21FC, LLC, ALAN SINGER, ERIC HILLMAN, and                         :
ZACH SINGER,                                                       :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    On August 2, 2023, the Court directed Defendants, by August 7, 2023, to refile Dkt. Nos. 70, 73, and 75 with limited redactions for the Court's review or to file unredacted versions of these documents. Dkt. No. 99. As of August 16, 2023, Defendants have not complied with the Court's order.

    Defendants are directed to refile Dkt. Nos. 70, 73, and 75 with limited redactions for the Court's review by August 23, 2023 or the Court will direct the Clerk of Court to unseal Dkt. Nos. 70, 73, and 75.

    SO ORDERED.

Dated: August 17, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                       United States District Judge