UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2023
```

-----------------------------------------------------------------------X
                                        :

NYC VISION CAPITAL, INC., SYEDA MONDAL,    :
ELIE ISLAM, and WALI MONDAL,          :
                                          :

              Plaintiffs,       :           22-cv-3071 (LJL)
                                          :

          -v-                  :            ORDER

C21FC, LLC, ALAN SINGER, ERIC HILLMAN, and  :
ZACH SINGER,                   :
                                          :

              Defendants.      :
                                          :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On August 2, 2023, the Court directed Defendants, by August 7, 2023, to refile Dkt. Nos. 70, 73, and 75 with limited redactions for the Court's review or to file unredacted versions of those documents. Dkt. No. 99. Defendants did not comply with that order. On August 17, 2023, the Court again directed Defendants to refile Dkt. Nos. 70, 73, and 75 with limited redactions for the Court's review. Dkt. No. 103. The Court stated that if Defendants did not refile Dkt. Nos. 70, 73, and 75 by August 23, 2023, it would direct the Clerk of Court to unseal those submissions. *Id.* Defendants have not refiled the submissions. Accordingly, the Clerk of Court is respectfully directed to UNSEAL Dkt. Nos. 70, 73, and 75.

      SO ORDERED.

Dated: August 28, 2023
      New York, New York             _____
                                       LEWIS J. LIMAN
                               United States District Judge